City of Chicago, a Municipal Corporation, Plaintiff-Appellee, v. Aram A. Hartunian, Defendant-Appellant.

Gen. No. 48,998. 

First District, Third Division.

December 4, 1963.

 Aram A. Hartunian, of Chicago, pro se; John C. Melaniphy, Corporation Counsel, of Chicago (Sidney R. Drebin and Marsile J. Hughes, Assistant Corporation Counsel, of counsel), for appellee. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full.